UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKIE AND LINDA WHITEHEAD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00421AGF |
| ) | |
| BAXTER HEALTHCARE, ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the motion of Defendant Univar USA Inc. to amend the case caption in this case based on corporate merger. The motion is supported by an affidavit by the Vice President and General Counsel for Univar USA Inc.'s parent corporation, attesting that as the result of corporate mergers on or about October 1, 2007, the three Chemcentral entities named as Defendants in this action merged into Univar USA Inc. Univar USA Inc. asks that the case caption be amended to reflect this corporate change. No opposition to the motion has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Univar USA Inc.'s motion to amend the case caption is **GRANTED**. [Doc. #12]

**IT IS FURTHER ORDERED** that the Clerk of Court shall amend the case caption accordingly, deleting the three Chemcentral Defendants as listed parties.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of April, 2008.