UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA WHITEHEAD, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00421AGF |
| ) | |
| BAXTER HEALTHCARE, ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER NUNC PRO TUNC

It is hereby ordered that the Amended Case Management Order [Doc. #70] filed on July 24, 2008 is hereby amended as follows:

1. the reference to March 16, 2008 in paragraph 4(c) is hereby changed to **March 16, 2009**; and

2. the reference to November 30, 2008 in paragraph 4(e)(iii) is hereby changed to **November 30, 2009**.

Ordered this 29th day of July, 2008.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE